◎AO 245D   (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

FILED
2010 NOV -1 AM 10: 05

# UNITED STATES DISTRICT COURT
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

__SOUTHERN__ District of __CALIFORNIA__

BY_____DEPUTY

UNITED STATES OF AMERICA
V.
MICHAEL GRIEGO (1)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 07CR0740-BTM

Jeremy D Warren
Defendant's Attorney

REGISTRATION No. 00847298

THE DEFENDANT:
[x] admitted guilt to violation of allegation(s) No. __5__

[ ] was found in violation of allegation(s) No. _____ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 5 | Committed a federal, state or local offense |

__Probation__ is revoked and the defendant is sentenced as provided in pages 2 through __6__ of this judgment.
This sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

October 8, 2010
Date of Imposition of Sentence

/s/ Barry Ted Moskowitz
HON. BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

07CR0740-BTM

AO 245B     (Rev. 9/00) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT: MICHAEL GRIEGO (1)
CASE NUMBER: 07CR0740-BTM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of six (6) months.

☐ The court makes the following recommendations to the Bureau of Prisons:

BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____.
    as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before _____
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

07CR0740-BTM

AO 245D  (Rev. 3/10) Judgment in a Criminal Case for Revocations
Sheet 3 — Supervised Release

DEFENDANT: MICHAEL GRIEGO (1)
CASE NUMBER: 07CR0740-BTM

Judgment—Page 3 of 6

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:
three (3) years.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

*For offenses committed on or after September 13, 1994:*

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than __4__ drug tests per month during the term of supervision, unless otherwise ordered by court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

☒ The defendant shall cooperate in the collection of a DNA sample from the defendant, pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000, pursuant to 18 USC sections 3563(a)(7) and 3583(d).

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution obligation, it is a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant must comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

07CR0740-BTM

AO 245B     (Rev. 9/00) Judgment in a Criminal Case
                 Sheet 4 — Special Conditions

DEFENDANT: MICHAEL GRIEGO (1)
CASE NUMBER: 07CR0740-BTM

Judgment—Page __4__ of __6__

## SPECIAL CONDITIONS OF SUPERVISION

☒ Submit person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to t

☐

☐ Not transport, harbor, or assist undocumented aliens.
☐ Not associate with undocumented aliens or alien smugglers.
☒ Abstain from all consumption and use of alcohol.
☐ Not enter the Republic of Mexico without written permission of the Court or probation officer.
☒ Report all vehicles owned or operated, or in which you have an interest, to the probation officer.
☒ Not possess any narcotic drug or controlled substance without a lawful medical prescription.
☒ Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

☒ Participate in a program of mental health treatment as directed by the probation officer. The Court authorizes the release of the pre-sentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. The defendant shall consent to the release of evaluations and treatment information to the probation officer and the Court by the mental health provider.

☐ Take no medication containing a controlled substance without valid medical prescription, and provide proof of prescription to the probation officer, if directed.
☒ Provide complete disclosure of personal and business financial records to the probation officer as requested.
☐ Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.
☒ Seek and maintain full time employment and/or schooling or a combination of both.
☐ Resolve all outstanding warrants within _____ days.
☐ Complete _____ hours of community service in a program approved by the probation officer within
☒ Forthwith apply for enter and successfully complete residential drug treatment program as directed by the probation officer.
☒ Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of 120 days, commencing upon release from imprisonment. This condition terminates with entry into a residential drug treatment program.
☒ Participate in a program of drug or alcohol abuse treatment including testing and counseling, with at least 1 to 8 tests per month and 1 to 8 counseling sessions per month as directed by the probation officer.

____ If deported, excluded, or allowed to voluntarily leave the United States, obey all laws federal, state and local and not reenter the United States illegally and report to the probation officer within 72 hours of any reentry to the United States; the other conditions of supervision are suspended while the defendant is out of the United States after deportation, exclusion, or voluntary departure.

07CR0740-BTM

AO 245S     Judgment in Criminal Case
             Sheet 5 — Criminal Monetary Penalties

Judgment — Page __5__ of __6__

DEFENDANT: MICHAEL GRIEGO (1)
CASE NUMBER: 07CR0740-BTM

# FINE

The defendant shall pay a fine in the amount of _____$3,000.00_____ unto the United States of America.

This sum shall be paid ____ immediately.
                         **X** as follows:

To paid in installments of $250.00 per month. Fine payment to begin thirty (30) days after restitution is paid in full.

The Court has determined that the defendant __does__ have the ability to pay interest. It is ordered that:

**X** The interest requirement is waived.

____ The interest is modified as follows:

07CR0740-BTM

AO 245S   Judgment in Criminal Case
         Sheet 5 — Criminal Monetary Penalties

Judgment — Page 6 of 6

DEFENDANT: MICHAEL GRIEGO (1)
CASE NUMBER: 07CR0740-BTM

# RESTITUTION

The defendant shall pay restitution in the amount of ___$5,628.15___ unto the United States of America.

    This sum shall be paid  ___ immediately.
                         _x_ as follows:

To the persons listed in Attachment A, to be paid in installments of $250.00 per month. Payments are to commence within thirty (30) days of release from residential drug treatment program.

    The Court has determined that the defendant  _does_  have the ability to pay interest.  It is ordered that:

_X_  The interest requirement is waived.

___  The interest is modified as follows:

07CR0740-BTM

## Attachment A

| Victim | Amount of Loss |
| --- | --- |
| Amy Antonio | $84.97 |
| Angela McCraw | $151.70 |
| Brian Corll | $175.00 |
| Christian Olsen | $189.00 |
| Donald C. Thomas | $119.99 |
| Jan K. Arave | $84.97 |
| Jerry Wilkerson | $129.36 |
| John Lee Bell | $400.00 |
| John T. Bidini | $84.97 |
| Kathleen Louise Musgjerd | $156.99 |
| Kevin O Carty | $148.24 |
| Lisa Lowther | $84.97 |
| Lori Koratich | $167.49 |
| Margaret M. Misko | $366.84 |
| Mary C. Porterfield | $160.00 |
| Matthew Harvey | $716.49 |
| Melinda Ray | $85.00 |
| Melinda Sue Smith | $84.97 |
| Michael Choe | $84.97 |
| Olga Van Loenen | $268.00 |
| Orlando Miranda | $84.97 |
| Patrice Anthony | $99.41 |
| Paul Hayes | $104.99 |
| Paula Duvall | $84.97 |
| Rita M. Suter | $84.97 |
| Robert Bonar | $303.78 |
| Robert Riviere | $132.99 |
| Robert T. Singer | $100.98 |
| Ron Stultz | $246.38 |
| Rudolph G. Goodman | $105.00 |
| Sharon A. Jockel | $84.97 |
| Steven Brown | $160.00 |
| Sue L. Harris | $59.95 |
| Trung Tran | $84.97 |
| Valerie Pinter | $99.00 |
| William Robert Pierce | $46.90 |

Total Reported Loss   $5,628.15

## Attachment A

| Victim | Amount of Loss |
|---|---|
| Amy Antonio<br>6309 NE 41st Avenue<br>Portland, Oregon   97211 | $84.97 |
| Angela McCraw<br>601 S. 152nd Street, #2<br>Burien, Washington   98148 | $151.70 |
| Brian Corll<br>1002 East Simpson Street<br>Mechanicsburgs, Pennsylvania   17055 | $175.00 |
| Christian Olsen<br>22215 Newlin Mill Road<br>Middleburg, Virginia   20117 | $189.00 |
| Donald C. Thomas<br>1209 1st Street<br>Indian Rocks Beach, Florida   33785 | $119.99 |
| Jan K. Arave<br>8630 SW Rebecca Lane<br>Beaverton, Oregon   97008 | $84.97 |
| Jerry Wilkerson<br>3700 Preston Road<br>Plano, Texas   75093 | $129.36 |
| John Lee Bell<br>12886 Ironstone Way, #104<br>Parker, Colorado   80134 | $400.00 |
| John T. Bidini<br>3 Gilbert Stuart Way<br>Marlton, New Jersey   08053 | $84.97 |
| Kathleen Louise Musgjerd<br>10571 Colorado Blvd, Apt C-207<br>Denver, Colorado   80233 | $156.99 |

FILED
OCT 1 3 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| Victim | Amount of Loss |
|---|---|
| Kevin O Carty<br>3080 Mars Hill Church Road<br>Acworth, Georgia   30101 | $148.24 |
| Lisa Lowther<br>523 Persimmon Drive<br>Sharpsburg, Georgia   30277 | $84.97 |
| Lori Koratich<br>11546 172nd Avenue NE<br>Redmond, Washington   98052 | $167.49 |
| Margaret M. Misko<br>625 Buck Street<br>Memphis, Tennessee   38111 | $366.84 |
| Mary C. Porterfield<br>1429 Highway 71 West<br>Bastrop, Texas   78602 | $160.00 |
| Matthew Harvey<br>27427 Cottonwood Trail<br>North Olmsted, Ohio   44070 | $716.49 |
| Melinda Ray<br>2150 Middle Creek Drive<br>Kingwood, Texas   77339 | $85.00 |
| Melinda Sue Smith<br>1428 Watercrest Place<br>Virginia Beach, Virginia   23464 | $84.97 |
| Michael Choe<br>11667 Goshen Avenue, Apt 4<br>Los Angeles, California   90049 | $84.97 |
| Olga Van Loenen<br>9908 Highway 290 West<br>Austin, Texas   78736 | $268.00 |
| Orlando Miranda<br>2911 Anejo Drive<br>Laredo, Texas   78045 | $84.97 |

| Victim | Amount of Loss |
|---|---|
| Patrice Anthony<br>201 Jessica Street South<br>Nokomis, Florida   34275 | $99.41 |
| Paul Hayes<br>3174 Cloverdale Road<br>Montgomery, Alabama   36106 | $104.99 |
| Paula Duvall<br>1333 Heidiho Way<br>Mount Pleasant, South Carolina   29466 | $84.97 |
| Rita M. Suter<br>91 Sunset Circle<br>Lincoln, Alabama   35096 | $84.97 |
| Robert Bonar<br>5112 Ashley Lake Drive, #626<br>Boyton Beach, Florida   33437 | $303.78 |
| Robert Riviere<br>5125 NE 3rd Court, Apt 4<br>Miami, Florida   33137 | $132.99 |
| Robert T. Singer<br>1805 Butterfield Trails<br>Choctow, Oklahoma   73020 | $100.98 |
| Ron Stultz<br>3516 Cornell Road<br>Fairfax, Virginia   22030 | $246.38 |
| Rudolph G. Goodman<br>P.O. Box 3277<br>Lacey, Washington   98509 | $105.00 |
| Sharon A. Jockel<br>129 Jockel Lane<br>Evans City, Pennsylvania   16033 | $84.97 |
| Steven Brown<br>29 Thorton Avenue, Apt 5<br>Saco, Maine   04072 | $160.00 |

| Victim | Amount of Loss |
|---|---|
| Sue L. Harris<br>7210 Wilmington Dayton Road<br>Centerville, Ohio   45459 | $59.95 |
| Trung Tran<br>1725 Traziel Way<br>Folsom, California   95630 | $84.97 |
| Valerie Pinter<br>3014 Dorrington Drive<br>Dallas, Texas   75228 | $99.00 |
| William Robert Pierce<br>313 North Hussey Street, Apt B<br>Cave Junction, Oregon   97523 | $46.90 |

Total Reported Loss   $5,628.15